United States District Court
Southern District of Texas
**ENTERED**
November 13, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GARY MAZE II, | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-02223 |
| | § | |
| TRUIST BANK, | § | |
| | § | |
| Defendant. | § | |

**ORDER**

Before the Court is United States Magistrate Judge Richard W. Bennett's Memorandum and Recommendation filed on October 29, 2026. Doc. #18. The deadline for filing objections has passed, and no objections have been filed. Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Memorandum and Recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, the Court adopts the Memorandum and Recommendation in its entirety.

Accordingly, Defendant's Second Amended Motion for Summary Judgment (Doc. #15) is GRANTED. Plaintiff's claims are DISMISSED WITH PREJUDICE. Defendant's previously filed Motions for Summary Judgment (Doc. #13; Doc. #14) are DENIED AS MOOT. The Court will enter a separate Final Judgment.

It is so ORDERED.

NOV 13 2026

Date

The Honorable Alfred H. Bennett
United States District Judge